# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jesus Flores-Valdovinos,

       Petitioner

v.

Pamela Bondi, et al.,

       Respondents

Case No.: 2:26-cv-00517-JAD-MDC

**Order Granting Joint Motion to Dismiss Petition and Closing Case**

[ECF No. 9]

On March 3, 2026, petitioner Jesus Flores-Valdovinos filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, contending that he was unconstitutionally detained without the opportunity to seek release on bail.[1]  This court appointed counsel for Flores-Valdovinos and directed counsel to file an amended petition.[2]  But the Department of Homeland Security informed the parties that Flores-Valdovinos was removed from the United States on March 7, 2026.[3]  So the parties "jointly agree that this petition should be dismissed as moot."[4]

I conclude that Flores-Valdovinos's deportation moots his petition because he is no longer suffering the constitutional deprivation he sought to remedy through habeas, and he has not identified any collateral consequences of his deportation that still need to be remedied.[5]  Accordingly,

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 9-1.

[4] ECF No. 9.

[5] *See Abdala v. INS*, 488 F.3d 1061, 1063–64 (9th Cir. 2007) (holding that, if successful resolution of a habeas petitioner's claims "could no longer provide the requested relief" following deportation, the petitioner's claims are rendered moot).

IT IS HEREBY ORDERED that the joint motion to dismiss **[ECF No. 9] is GRANTED**.

The petition is DISMISSED as moot and the Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
March 25, 2026